UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07–2021 (EGS) |
| **6880 OREGON AVENUE N.W.,** Washington, DC 20015, et al. | : | |
| Defendants. | : | |
| **WELLS FARGO BANK, N.A.** | : | |
| Claimant. | : | |

## JOINT STATUS REPORT

To comply with this Court's order of April 8, 2008, counsel for plaintiff and counsel for claimant respectfully submit the following status report:

1. This is a civil forfeiture action brought *in rem* against the defendant properties, 6880 Oregon Avenue, N.W., Washington, D.C. 20015; 536 Meadow Road, Bridgewater, N.J., 08807; and 92 Cemetery Hill Road, Washington, N.J. 07882. Plaintiff, the United States of America, seeks an order declaring that the defendant properties are forfeited to the United States government. Plaintiff has brought this action under 18 U.S.C. § 981(a)(1)(A), which permits forfeiture to the government of property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956, 1957 and/or 1960 (money laundering), or any property traceable to such property, and/or 18 U.S.C. § 981(a)(1)(C), which permits forfeiture to the government of property constituting or derived from proceeds traceable to a "specified unlawful activity."

2. On January 30, 2008, through counsel, claimant, Wells Fargo Bank, N.A., filed a "Verified Petition to Determine and Recognize a Third Party's Interest and Rights in Forfeited Real Property," claiming that it is a perfected lien holder of the mortgage of record against the defendant 6880 Oregon Avenue, N.W., Washington, D.C. 20015.

3. Plaintiff and claimant are the only parties before the Court in this matter, and plaintiff does not expect any other party to join this case. Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this pending forfeiture action has been sent to known potential claimants of the defendant properties. Further, notice of this action by publication has also been completed. The time for filing a claim based upon the publication does not run until May 16, 2008.

4. Claimant has provided plaintiff with documents regarding its lien relating to 6880 Oregon Avenue, N.W., Washington, D.C. 20015.

5. Plaintiff and claimant are in discussions regarding settlement relating to 6880 Oregon Avenue, N.W., Washington, D.C. 20015, and anticipate requesting that the Court permit a foreclosure sale of the defendant property. If no other party files a claim against the remaining defendant properties, the plaintiff anticipates moving the Court for an Order of Forfeiture.

                                Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| JEFFREY A. TAYLOR | L. DARREN GOLDBERG |
| DC Bar #498610 | Counsel for Claimant |
| United States Attorney | |
| | |
| /s/ | /s/ |
| WILLIAM R. COWDEN | RENEE DYSON |
| DC Bar # 426301 | DC Bar # 488740 |
| Assistant United States Attorney | Draper & Goldberg, PLLC |

|  |  |
|---|---|
| /s/_____<br>DIANE G. LUCAS<br>DC Bar #443610<br>Assistant United States Attorney<br>555 4th Street N.W.<br>Washington, DC 20530<br>(202) 514-7912<br>Diane.Lucas@usdoj.gov<br>Counsel for Plaintiff United States | 803 Sycolin Road S.E., Suite 301<br>Leesburg, VA 20175<br>703-777-7101<br>(Counsel for claimant) |

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that, this JOINT STATUS REPORT was filed with the consent of counsel for the Claimants and transmitted through this Court's ECF system upon filing with the Court, and that this occurred on the 5th day of May, 2008.

                                                                                           _____<br>
                                                                                           Diane G. Lucas<br>
                                                                                           Assistant U.S. Attorney